AO 243
(Rev 6/82)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED
CLERK'S OFFICE
2005 FEB 28 P 1:31
U.S. DISTRICT COURT
DISTRICT OF MASS

# United States District Court

| | |
|---|---|
| Name of Movant: MANUEL O. RIVERA | District: MASSACHUSETTS |
| Place of Confinement: FT. DIX CORRECTIONAL INSTITUTION | Prisoner No.: 222532-038 |
| | Docket No.: 99-10119-NG |

UNITED STATES OF AMERICA    v.    MANUEL O. RIVERA
(include name upon which convicted)
(full name of movant)

MOTION 05-10386 NG

MAGISTRATE JUDGE

1. Name and location of court which entered the judgment of conviction under attack: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

2. Date of judgment of conviction: 12/04/00

3. Length of sentence: 87 mo./ 3 years supervised release

4. Nature of offense involved (all counts): COUNT I (CONSPIRACY TO POSSESS COCAINE WITH THE INTENT TO DISTRIBUTE/ COUNT II POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   PLED GUILTY TO SUPERSEDING INDICTMENT

6. Kind of trial: (Check one) N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial? N/A
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court __U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT__

   (b) Result __AFFIRMED__

   (c) Date of result __MAY 31, 2002__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court __U.S. DISTRICT COURT FOR DISTRICT OF MASSACHUSETTS__

    (2) Nature of proceeding __28 U.S.C. § 2255__

    (3) Grounds raised __ROLE IN OFFENSE REDUCTION__
    ~~INEFFECTIVE ASSISTANCE OF COUNSEL~~

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☒

    (5) Result __DENIED__

    (6) Date of result __05 FEBRUARY 2004__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(3)

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion? N/A
Yes ☐ No ☐

(5) Result_____ N/A

(6) Date of result __N/A__

(c) As to any third petition, application or motion, give the same information:

(1) Name of court __N/A__

(2) Nature of proceeding ___N/A___

(3) Grounds raised__N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion? N/A
Yes ☐ No ☐

(5) Result _____ N/A

(6) Date of Result ___N/A___

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1) First petition, etc.    Yes ☐ No ☒
   (2) Second petition, etc.   Yes ☐ No ☒
   (3) Third petition, etc.    Yes ☐ No ☒

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____NO CERTIFICATE OF APPEALABILITY WAS GRANTED_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: THE PETITIONER SIXTH AMENDMENT RIGHTS TO TRIAL BY JURY WAS VIOLATED WHEN HE WAS ENHANCED PURSUANT TO RELEVANT CONDUCT AND 'UNCONSTITUTIONAL PROVISIONS OF THE U.S.S.G.'

Supporting FACTS (tell your story *briefly* without citing cases or law):
The petitioner was enhanced pursuant to the 'mandatory guideline system', which has been ruled invalid, and he was enhanced based upon relevant conduct, which was not proven beyond a reasonable doubt, nor admitted to within the plea of guilty. The court did not consider the factors enumerated in 18 U.S.C. § 3553(a).

B. Ground two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

C. Ground three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

(5)

AO 243
REV 6/82

D. Ground four: __N/A__

Supporting FACTS (tell your story *briefly* without citing cases or law): __N/A__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: __N/A__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing __DINA MICHEAL CHAITOWITZ, ESQ.__

(b) At arraignment and plea __SAME AS ABOVE__

(c) At trial __N/A__

(d) At sentencing __SAME AS ABOVE__

AO 243
REV 6/82

    (e) On appeal _____ DINA MICHEAL CHAITOWITZ, ESQ. _____

    (f) In any post-conviction proceeding _____ PRO SE _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____ PRO SE _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____ N/A _____

    (b) Give date and length of the above sentence: _____ N/A _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

                                                                      Pro Se
                                                Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____ Feb. 23, 2005 _____
      (date)

                                            Signature of Movant

                                    2/23/2005

(7)