I, MANUEL O. RIVERA, SOLEMNLY SWEARS THAT HE HAS MAILED THIS DOCUMENT AND ALL ATTACHMENTS TO THE OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS, VIA U.S. POSTAL SERVICE ON 24 FEB. 2005, AT ONE COURTHOUSE WAY, BOSTON, MASS. 02210.

I SWEAR UNDER THE PENALTIES OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY ABILITY.

24 FEB. 2005                    [signature: Manuel O. Rivera]