UNITED STATES DISTRICT COURT
DISTRICT OF __MASSACHUSETTS__

)
M.O.
   -Plaintiff            )
MANUEL O. RIVERA         )
C.D.
   -Defendant            )
                         )

Notice of Appeal

Case # __1:05-cv-10386__ (NG)

FILED
CLERKS OFFICE
2005 MAR 24  P 1:21
U.S. DISTRICT COURT
DISTRICT OF MASS

MANEUL O. RIVERA

Notice is hereby given that [ (here name all parties taking the appeal) , (plaintiffs) (defendants) in the above captioned case, hereby appeal to the United States Court of Appeals for the __FIRST__ Circuit (from the final judgment) (from an order(describing it)) entered in this action on the __08__ day of __MAR__ , XXXX 2005

Name
Plaintiff or Defendant
Address

MANUEL O. RIVERA
# 22522-038
FT. DIX FCI
UNIT 5803(WEST)
FT. DIX, NEW JERSEY 08640