## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10386

United States of America

v.

Manuel O. Rivera

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #6 & documents #1 ,2, 3, 5 are the original pleadings and copies of original electronic documents # 4 constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/24/05 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/1/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10386-NG

Rivera v. United States of America
Assigned to: Nancy Gertner
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 02/28/2005
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Manuel O. Rivera**     represented by **Manuel O. Rivera**
FCI Fort Dix
22522-038
Unit 5803-West
P.O. Box 7000
Fort Dix, NJ 08640
PRO SE

V.

**Respondent**

**United States of America**     represented by **Patrick M. Hamilton**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3251
Fax: 617-748-3965
Email:

<pre>
                              patrick.hamilton@usdoj.gov
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE*
                              *NOTICED*
</pre>

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by Manuel O. Rivera.(Filo, Jennifer) (Entered: 03/01/2005) |
| 02/28/2005 |  | ***Attorney Patrick M. Hamilton for United States of America added. (Filo, Jennifer) (Entered: 03/01/2005) |
| 02/28/2005 | 2 | MEMORANDUM OF LAW by Manuel O. Rivera in Support 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Filo, Jennifer) (Entered: 03/01/2005) |
| 02/28/2005 | 3 | CERTIFICATE OF SERVICE by Manuel O. Rivera re 2 Memorandum of Law, 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Filo, Jennifer) (Entered: 03/01/2005) |
| 03/01/2005 | 4 | Judge Nancy Gertner : ORDER entered. SERVICE ORDER re 2255 Motion. Order ntered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Filo, Jennifer) (Entered: 03/01/2005) |
| 03/01/2005 | 5 | RESPONSE to *Rivera's Second Section 2255 Motion and Motion to Dismiss Same* by United States of America. (Hamilton, Patrick) (Entered: 03/01/2005) |
| 03/08/2005 |  | Judge Nancy Gertner : Electronic ORDER entered dismissing petition. This is a second habeas petition. It may not be filed unless it has been "certified as provided in section 2244 by a panel of the appropriate |

| | | |
|---|---|---|
| | | court of appeals to contain--(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." (Gertner, Nancy) (Entered: 03/08/2005) |
| 03/09/2005 | | Civil Case Terminated. (Filo, Jennifer) (Entered: 03/09/2005) |
| 03/24/2005 | 6 | NOTICE OF APPEAL as to Order Dismissing Case, by Manuel O. Rivera. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/13/2005. (Patch, Christine) (Entered: 03/29/2005) |