# United States District Court

DISTRICT OF __MASSACHUSETTS__

Form 8

_____  
Plaintiff

V.

_____  
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED  
IN CLERKS OFFICE  
2005 MAY -5 P  
U.S. DISTRICT COURT  
DISTRICT OF MASS

CASE NUMBER: 05-10386 NG

I, __Manuel O. Rivera__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Ft. Dix, N.J.__

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
   __N/A__

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Dry Cleaners, Boston, Mass.  $500.00 per wk__

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment        [ ] Yes    [X] No
   b. Rent payments, interest or dividends                 [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments       [ ] Yes    [X] No
   d. Disability or workers compensation payments          [ ] Yes    [X] No
   e. Gifts or inheritances                                [ ] Yes    [X] No
   f. Any other sources                                    [ ] Yes    [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.    __N/A__

AO (1/94)

Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount. _____

Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value.

N/A

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A

I declare under penalty of perjury that the above information is true and correct.

28 APRIL 2005                    Manuel O. Kinua
_____          _____
DATE                              SIGNATURE OF APPLICANT

FILED
CLERKS OFFICE
2005 MAY -5  P 1:17
U.S. DISTRICT COURT
DISTRICT OF MASS

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __$1.95__ on account to his/her credit at (name of institution) __FCI Ft. Dix__. I further certify that the applicant has the following securities to his/her credit: __0__

_____. I further certify that during the past six months the applicant's average balance was $ __59.48__

5-2-2005                        _____
_____          SIGNATURE OF AUTHORIZED OFFICER
DATE