*05-10386*
*USDC(MA*
*Gertner*

# United States Court of Appeals
## For the First Circuit

No. 05-1467

MANUEL O. RIVERA,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

**JUDGMENT**

Entered: March 27, 2006
Pursuant to 1st Cir. R. 27(d)

By notices issued on February 8, 2006 and March 6, 2006, appellant was notified that he was in default for failure to pay the filing fee or file a renewed motion for in forma pauperis status and was warned that failure to take action would result in the dismissal of his appeal for lack of diligent prosecution. The March 6, 2006 notice, which was mailed to the F.C.I. Fort Dix, was returned as undeliverable because appellant has been released.

Appellant having failed to pay the fee by the March 20, 2006 deadline and to keep this court informed of a current address, it is hereby ordered that the above-captioned appeal be dismissed for lack of prosecution. See Loc. R. 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/19/06

By the Court:
Richard Cushing Donovan, Clerk

By:_____
Operations Manager

[cc: Manuel O. Rivera, Patrick M. Hamilton, AUSA, Dina M. Chaitowitz, AUSA]